NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAIM SARWAR, | |
| Plaintiff, | Civ. 20-15683 |
| v. | **ORDER** |
| L.S.K., INC., | |
| Defendant. | |

THOMPSON, U.S.D.J.

For the reasons stated in this Court's Opinion on this same day,

IT IS, on this 23rd day of September, 2021,

ORDERED that the Motion for Default Judgment filed by Plaintiff Saim Sarwar (ECF No. 18) is DENIED; and it is further

ORDERED that Plaintiff Saim Sarwar is granted leave to amend the Amended Complaint to cure the deficiencies identified in the Court's accompanying Opinion within thirty (30) days of the entry of this Order, in accordance with Local Civil Rule 15.1(b).

                                                                         */s/ Anne E. Thompson*
                                                                         ANNE E. THOMPSON, U.S.D.J.